```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 14520
   DELORES E POAGS
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-2028


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/06/2008 and was not confirmed.

      The case was dismissed without confirmation 09/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC          .00            .00             .00
CITY OF CHICAGO WATER DE  SECURED              569.38           .00             .00
LITTON LOAN SERVICING     NOTICE ONLY       NOT FILED           .00             .00
LITTON LOAN SERVICING     CURRENT MORTG          .00            .00             .00
LITTON LOAN SERVICING     MORTGAGE ARRE     23279.12           .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED           .00             .00
ILLINOIS DEPT OF REVENUE  SECURED              777.86           .00             .00
AMERICAN CORADIUS INTL    UNSECURED         NOT FILED           .00             .00
AT&T                      UNSECURED         NOT FILED           .00             .00
AUSTIN BANK OF CHICAGO    UNSECURED         NOT FILED           .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED           .00             .00
COMMONWEALTH EDISON       UNSECURED            294.36           .00             .00
EMERGENCY PYSICIANS OFFI  UNSECURED         NOT FILED           .00             .00
PREMIER BANCARD CHARTER   UNSECURED            508.58           .00             .00
FLOOD BROTHER DISPOSAL    UNSECURED         NOT FILED           .00             .00
FIRST PREMIER             UNSECURED         NOT FILED           .00             .00
GRAND VICTORIA            UNSECURED         NOT FILED           .00             .00
ILLINOIS DEPARTMENT OF E  UNSECURED           3423.94           .00             .00
JOHN STROGER HOSPITAL     UNSECURED         NOT FILED           .00             .00
JOHN STROGER HOSPITAL     UNSECURED         NOT FILED           .00             .00
JOHN STROGER HOSPITAL     UNSECURED         NOT FILED           .00             .00
JOHN STROGER HOSPITAL     UNSECURED         NOT FILED           .00             .00
JOHN STROGER HOSPITAL     UNSECURED         NOT FILED           .00             .00
JOHN STROGER HOSPITAL     UNSECURED         NOT FILED           .00             .00
LOUIS AUSLANDER           UNSECURED         NOT FILED           .00             .00
NATIONWIDE CASSEL         UNSECURED         NOT FILED           .00             .00
OAK PARK RADIOLOGY        UNSECURED         NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED           2096.22           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED           .00             .00
PRA RECEIVABLES MANAGEME  UNSECURED           8035.89           .00             .00
RESURRECTION HEALTH CARE  UNSECURED         NOT FILED           .00             .00
SPRINT                    UNSECURED         NOT FILED           .00             .00
VILLAGE RADIOLOGY         UNSECURED         NOT FILED           .00             .00
WEST SUBURBAN HEALTH CAR  UNSECURED         NOT FILED           .00             .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 08 B 14520 DELORES E POAGS
```

```
ROUNDUP FUNDING LLC       UNSECURED         6672.11              .00            .00
ROUNDUP FUNDING LLC       UNSECURED         5595.34              .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED         7969.96              .00            .00
ILLINOIS DEPT OF REVENUE  SECURED           3976.26              .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY          6643.61              .00            .00
LITTON LOAN SERVICING     NOTICE ONLY    NOT FILED               .00            .00
LOUIS OUTALNDER           NOTICE ONLY    NOT FILED               .00            .00
MERS                      NOTICE ONLY    NOT FILED               .00            .00
ILLINOIS DEPT OF EMPLOYM  PRIORITY       NOT FILED               .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY       NOT FILED               .00            .00
PHILIP A IGOE             DEBTOR ATTY          .00                              .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00
```

Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                           ---------------      ---------------
TOTALS                           .00                  .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 12/22/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE